**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INDICTMENT NO. |
| | ) | 4:25cr-14 |
| v. | ) | 18 U.S.C. § 875(c) |
| | ) | Interstate Communications with |
| **ALEXIS BEATLES** | ) | Threat to Injure Another |

FILED
John E. Triplett, Clerk of Court
United States District Court
*By jamesburrell at 3:57 pm, Feb 04, 2025*

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Interstate Communications with Threat to Injure Another*
18 U.S.C. § 875(c)

On or about December 18, 2024, in Chatham County, within the Southern District of Georgia, the Defendant,

**ALEXIS BEATLES,**

knowingly did transmit in interstate commerce via telephone a communication, specifically a phone call, to the United States Department of Veteran's Affairs national hotline, with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, to injure United States Department of Veteran's Affairs personnel.

All in violation of Title 18, United States Code, Section 875(c).

*{Signatures on the following page}*

A True Bill.

_____
Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
L. Alexander Hamner
Assistant United States Attorney
Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
Darron Hubbard
Assistant United States Attorney
Co-lead Counsel